### 16463.   BRAZEAL v. THE STATE.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only; the verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 20, 1925.

Assault with intent to murder; from Laurens superior court—Judge Camp.  March 14, 1925.

*W. A. Dampier,* for plaintiff in error.

*Fred Kea, solicitor-general,* contra.